UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRESICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 15-cv-05801-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on March 17, 2016. However, as there is a pending judgment on the pleadings as to whether Plaintiff's complaint is preempted under ERISA § 514(a), 29 U.S.C. § 1144(a), the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled after resolution of this issue.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge