Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
Michael A.S. Newman (SBN 205299)
mnewman@mail.hinshawlaw.com
James C. Castle (SBN 235551)
jcastle@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043 yes
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRESICH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, Does 1-50,<br><br>　　　　Defendants. | Case No.:  15-cv-05801-MEJ<br><br>**STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND MOTION FILING CUT-OFF BY TWO MONTHS; [PROPOSED] ORDER**<br><br>Complaint Filed:  July 13, 2015<br>Trial Date:         None |

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND MOTION FILING CUT-OFF
BY TWO MONTHS

36217357V1 0977346

**TO THE COURT AND THE COURT CLERK:**

Plaintiff John Kresich ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife") hereby stipulate, through their counsel of record, to request the Court to extend by two months the current discovery cutoff date of November 1, 2016, and the current deadline for filing motions of December 1, 2016. The requested extensions will have no impact on the trial date.

The parties respectfully request that the discovery cut-off be continued through and including December 31, 2016, and request that the motion filing deadline be continued through and including February 1, 2017.

Good cause exist for the extension of the discovery deadline, scheduling conflicts beyond the control of the parties and their counsel have prevented completion of discovery, including the taking of numerous depositions. Good cause exists for the extension of the motion filing deadline, as the fact necessary discovery has not been completed has prevented the parties from fully evaluating the need for, and the preparation of possibly dispositive motions.

DATED: November 8, 2016         RAY BOURHIS ASSOCIATES

                                By: */s/Eric Whitehead*
                                Ray Bourhis
                                Eric Whitehead
                                Attorneys for Plaintiff John Kresich


DATED: November 8, 2016         HINSHAW & CULBERTSON LLP

                                By: */s/ Royal F. Oakes*
                                Royal F. Oakes
                                Michael A.S. Newman
                                James C. Castle
                                Attorneys for Defendant Metropolitan Life Insurance Company

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1

STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND MOTION FILING CUT-OFF DEADLINES BY TWO MONTHS

36217357V1 0977346

# [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation and good cause appearing, the Court hereby orders ~~that the discovery cut-off is extended to December 31, 2016 and the motion filing deadline is extended to February 1, 2017.~~ the following schedule. See below.

**IT IS SO ORDERED.**

DATED: November 9, 2016

U.S. DIS[TRICT]
MAGIST[RATE]

*Judge Maria-Elena James*

Jury Trial (5 days): 8/7/2017 @ 9:30 a.m.
Pretrial Conference: 6/29/2017 @ 10:00 a.m.
Final Pretrial Conference: 7/27/2017 @ 10:00 a.m.
Disclosure of Experts Witnesses: 12/20/2016
Disclosure of Rebuttal Expert Witnessed: 12/30/2016
Discovery Cut-off: 1/17/2017
Deadline to file Dispositive Motions: 2/16/2017
Hearing on Dispositive Motions: 3/23/2017
Exchange of Pretrial Disclosures: 5/24/2017
Deadline to File Pretrial Conference Statements and related disclosures; Motions in Limine; and Trial Briefs and related disclosures: 6/8/2017
Deadline to file Motions in Limine Oppositions: 6/15/2017

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

2
[PROPOSED] ORDER

36217357V1 0977346